

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2018

No. 04-16-00791-CR

Margaret L. **KNOBLAUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10598
Honorable Lori I. Valenzuela, Judge Presiding

# **O R D E R**

The State's Motion for Extension of Time to File Brief is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court